UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WILLIAM HOGAN, JR.,

    Plaintiff,

v.                                        Case No.: 2:18-cv-134-FtM-38MRM

JULIAN GOMEZ, TAKATA
CORPORATION, TAKATA INC., TK
HOLDINGS INC. and FORD MOTOR
COMPANY,

    Defendants.
_____/

## ORDER[1]

Before the Court is Plaintiff William Hogan, Jr.'s Motion to Remand. (Doc. 27). Defendant Ford Motor Company is the only named defendant to oppose the motion. (Doc. 29). But Ford and Hogan have since settled the case between them. (Doc. 37). Because Hogan's motion to remand is unopposed and the Court finds it lacks subject matter jurisdiction over this suit, the Court remands this case to Florida state court.

Accordingly, it is

**ORDERED:**

(1) Plaintiff William Hogan, Jr.'s Motion to Remand (Doc. 27) is **GRANTED**.

(2) This case is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(3) The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

(4) The Clerk is **DIRECTED** to terminate pending motions and close the case.

**DONE and ORDERED** in Fort Myers, Florida on this 2nd day of October 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All parties of record